UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL TAYLOR, et al.,

               Plaintiffs,

                                      CIVIL CASE NO. 08-13258

v.

COUNTRYWIDE HOME LOANS, et al.,       HONORABLE STEPHEN J. MURPHY, III

               Defendants.
_____/

## **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Before the Court are the defendants' motion to dismiss and the Report and Recommendation of the Honorable Michael Hluchaniuk, United States Magistrate Judge. The Magistrate Judge recommends that the Court deny the defendants' motion to dismiss as moot.

The Magistrate Judge served the Report and Recommendation on all parties on September 30, 2008 and notified the parties that any objections must be filed within ten days of service. Accordingly, any objections should have been filed by approximately October 17, 2008. *See* Fed. R. Civ. P. 6; E.D. Mich. L.R. 6.1. No objections to the Report and Recommendation have been filed. Consequently, the Court does not need to conduct a review and will accept and adopt the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry #18] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the defendants' motion to dismiss [docket entry #5]

is **DENIED AS MOOT**.

       **SO ORDERED.**

                        s/Stephen J. Murphy, III
                        Stephen J. Murphy, III
                        United States District Judge

Dated: November 18, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 18, 2008, by electronic and/or ordinary mail.

                        s/Alissa Greer
                        Case Manager