UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL TAYLOR and DIANE
TAYLOR,

               Plaintiffs,                      CIVIL CASE NO. 08-13258

v.

                                       HONORABLE STEPHEN J. MURPHY, III

COUNTRYWIDE HOME LOANS,
AMERICA'S WHOLESALE LENDER,
and RANDALL S. MILLER AND
ASSOCIATES, PC

               Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION, AND DENYING PLAINTIFFS' AMENDED MOTION FOR DEFAULT JUDGMENT (Docket no. 27)

Before the Court is the Report and Recommendation of the Honorable Michael Hluchaniuk, United States Magistrate Judge. The Magistrate Judge recommends that the Court deny the plaintiffs' motion for default judgment.

The Magistrate Judge served the Report and Recommendation on all parties on November 21st , 2008 and notified the parties that any objections must be filed within ten days of service. Accordingly, any objections should have been filed by approximately December 8th, 2008. *See* Fed. R. Civ. P. 6; E.D. Mich. L.R. 6.1. No objections to the Report and Recommendation have been filed. Consequently, the Court does not need to conduct a review and will accept and adopt the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation is hereby **ACCEPTED** and **ADOPTED** as the opinion of this Court. **IT IS FURTHER**

**ORDERED** that the plaintiff's motion for default judgment is **DENIED**.


      **SO ORDERED.**



           s/Stephen J. Murphy, III
           STEPHEN J. MURPHY, III
           United States District Judge

Dated:  December 18, 2008

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on December 18, 2008, by electronic and/or ordinary mail.

           s/Alissa Greer
           Case Manager